UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION


DAVID JALVING,

        Plaintiff,

v.                                                                    Case No. 2:21-cv-270-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

        Defendant.

                              /

# O R D E R

    1.     Plaintiff's Unopposed Motion for Third Extension of Time to Submit Plaintiff's Portion of Joint Memorandum of Law and to Adjust Scheduling Order Deadlines (Doc. No. 25), filed January 24, 2022, is **GRANTED**.

    2.     Plaintiff shall have up to and including **February 24, 2022** to serve on Defendant his portion of the joint memorandum in the format set forth in the Scheduling Order (Doc. No. 17). Defendant's proposed joint memorandum shall be served on Plaintiff by **April 7, 2022**. See id. The good faith conference shall occur no later than **April 21, 2022**. See id. The joint memorandum shall be filed with the Court no later than **May 20, 2022**. See id. **Absent compelling**

**circumstances, no further extensions will be granted for Plaintiff's portion of the joint memorandum.**

 **DONE AND ORDERED** in Jacksonville, Florida on January 25, 2022.

            _James R. Klindt_
            JAMES R. KLINDT
          United States Magistrate Judge

kaw
Copies:
Counsel of Record

2